IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYNTHIA HOPPER AND<br>CLIFTON HOPPER,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON AND<br>ETHICON, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-CV-02903-N |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Cynthia Hopper and Clifton Hopper and Defendants Johnson & Johnson, Inc. and Ethicon, Inc. have resolved all claims asserted in this litigation. Therefore, IT IS STIPULATED AND AGREED, by and through the undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs dismiss this case against Defendants Johnson & Johnson Inc. and Ethicon, Inc. with prejudice with the parties to bear their own costs.

DATED: August 1, 2019.

*/s/ Ellen A. Presby*
Ellen A. Presby
State Bar No. 16249600
Brady D. Williams
State Bar No. 24072423
Van Wey Law, PLLC
12720 Hillcrest Road, Suite 725
Dallas, TX 75230
Telephone: (214) 329-1350
Facsimile: (800) 582-1042
Email: courtfilings@vanweylaw.com
*Counsel for Plaintiffs*

*/s/ Janelle L. Davis*
Janelle L. Davis
State Bar No. 24059655
Email: Janelle.Davis@tklaw.com
Timothy E. Hudson
State Bar No. 24046120
Email: Tim.Hudson@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically on August 1, 2019, and was therefore served electronically on all known counsel of record.

               */s/ Janelle L. Davis*
               Janelle L. Davis